**FILED**

JUL 2 9 2009

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jerome Julius Brown ,                   )
                                        )
      Plaintiff,                     )
                                        )
      v.                             )    Civil Action No.  **09 1408**
                                        )
State Capitol Office of the Governor    )
et al.,                                 )
                                        )
      Defendants.                    )

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

Plaintiff, who lists a Maryland address on the complaint, has filed a complaint against a defendants with Maryland addresses. The complaint appears to consist of only one page, with a very large number of pages attached. The attachments do not appear related to each other, or to the one-page complaint, or to the named defendants. The first paragraph of the complaint states as follows: "Petition for writ and attachments civil rights act 42 U.S.C. § 1983 Fed. Rules Civil Procedure Rule 4(F)(M)." Compl. at 1. The complaint alleges no wrong-doing by the defendants; indeed, the defendants are not even mentioned in the complaint except in the caption. The complaint does not allege facts that suggest any cause of action.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment

(W)

for the relief the pleader seeks. Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of

Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a

responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res*

*judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the Complaint fails to comply with Rule 8(a).  Neither the defendants nor the

Court can determine the basis of this Court's jurisdiction, the nature of plaintiff's claim, or the

relief plaintiff seeks.  Accordingly, the Court will dismiss the complaint without prejudice.

A separate order accompanies this memorandum opinion.

Date:  7/24/09

_____
United States District Judge